Dismissed and Memorandum Opinion filed November 23, 2005









Dismissed and Memorandum Opinion filed November 23,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00691-CR

____________

 

MEHMET BRUCE
KROM, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 13

Harris County,
Texas

Trial Court Cause No. 1260706

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to harassment.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on June
30, 2005, to confinement for 180 days in the Harris County Jail and assessed a
$300 fine.  Appellant filed a written
notice of appeal.  Because the record
reflects appellant has no right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 23, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex. R. App.
P. 47.2(b).